**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jerry Herrington v. City of Chicago, et al.

Case Number: 25 CV 8795

An appearance is hereby filed by the undersigned as attorney for:

James E. Ward

Attorney name (type or print): Steven B. Borkan

Firm: Borkan & Scahill, Ltd.

Street address: 20 South Clark Street, Suite 1700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6193463
(See item 3 in instructions)

Telephone Number: 312-580-1030

Email Address: sborkan@borkanscahill.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/2/2025

Attorney signature: S/ Steven B. Borkan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015