**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jerry Herrington v. City of Chicago, et al.

Case Number: 25 C 8795

An appearance is hereby filed by the undersigned as attorney for:

William Toffenetti

Attorney name (type or print): Robert T. Shannon

Firm: Hinshaw & Culbertson LLP

Street address: 151 North Franklin Street, Suite 2500

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6230254
(See item 3 in instructions)

Telephone Number: 312-704-3000

Email Address: rshannon@hinshawlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you a member of the court's general bar? | ✓ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.

✓ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 3, 2025

Attorney signature: S/ *Robert T. Shannon*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I electronically filed with the Clerk of the United States District Court, Northern District of Illinois, the foregoing Appearance by using the CMC/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Robert T. Shannon*