## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I electronically filed with the Clerk of the United States District Court, Northern District of Illinois, the foregoing Appearance by using the CMC/ECF system, which will send notification of such filing to all counsel of record.

                                                            */s/ Calvin R. Edwards*