# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 25-cv-08795 |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| CITY OF CHICAGO, a municipal ) | |
| corporation, MATTHEW BRANDON; ) | |
| JAMES McKNIGHT; EDWARD ) | |
| WINSTEAD; DELORES MYLES; Special ) | |
| Representative To Be Determined for ) | |
| JAMES R. RILEY; Special Representative ) | |
| To Be Determined for JEROME C. ) | |
| DOROBA; THOMAS F. KELLY; JAMES ) | |
| E. WARD; WILLIAM TOFFENETTI; ) | |
| COOK COUNTY; and CHICAGO ) | |
| HOUSING AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION FOR TIME TO FILE RESPONSIVE PLEADING

NOW COME Defendants MATTHEW BRANDON, JAMES McKNIGHT, EDWARD WINSTEAD, DELORES MYLES, THOMAS F. KELLY, and JAMES E. WARD ("Defendant Officers"), by and through their attorneys, Borkan & Scahill, Ltd., and Defendant, CITY OF CHICAGO, by and through its attorneys, Burns Noland LLP, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, for their motion for an extension of time to file a responsive pleading, up to and including November 5, 2025, state as follows:

1. Defendant Officers' responsive pleading to Plaintiff's complaint is due on October 6, 2025. On September 15, 2025, this Court ordered all served Defendants shall respond to the Complaint by October 13, 2025. As a result, the City's and Defendant Officers' responsive pleadings are due on October 13, 2025.

2. Plaintiff has sued deceased Officers James R. Riley and Jerome C. Doroba and contends there no estates were opened following their respective deaths. Dkt. 1. Undersigned Counsel is in the process of investigating this assertion and is contacting family members to determine who can be appointed as special representative, if necessary.

3. Defendant Officers and the City request an extension of time to file their responsive pleadings. Plaintiff's complaint is fifty-nine pages and consists of 14 separate counts and 255 paragraphs (not including sub-paragraphs) and includes allegations of events that occurred over 30 years ago.

4. Plaintiff brings claims for coerced and false confession, violations of due process, unlawful detention, malicious prosecution, failure to intervene, and conspiracy to violate Plaintiff's constitutional and state law rights. Against the City, Plaintiff also brings a *respondeat superior* claim pertaining to the state law claims against the Defendant Officers and a policy and practice claim under *Monell*.

5. Undersigned Counsel seeks an extension of time up to and including November 5, 2025, to file a responsive pleading on behalf of Defendant Officers. This proposed deadline is aligned with the extensions of time sought by the City and County Defendants. (Dkt. 28, 24, 26).

6. This requested extension is not sought for purposes of delay but is needed to allow Undersigned Counsel to gather information and investigate the allegations in Plaintiff's Complaint. Furthermore, the requested extension may permit the Defendant Officers, including any special representative(s) that may be appointed on behalf of the deceased officers, to file a collective responsive pleading on the same date rather than on separate dates. The City seeks the same extension to allow its counsel sufficient time to investigate Plaintiff's lengthy fact allegations and to align its responsive pleading schedule with the Defendant Officers.

7.        No prejudice will be suffered by any party as a result of the requested extension.

8.        Undersigned Counsel contact Plaintiff's counsel concerning this motion and Plaintiff's Counsel has no objection to the requested extension.

WHEREFORE Defendants MATTHEW BRANDON, JAMES McKNIGHT, EDWARD WINSTEAD, DELORES MYLES, THOMAS F. KELLY, and JAMES E. WARD and Defendant, CITY OF CHICAGO, request an extension of time to file their responsive pleadings, up to and including November 5, 2025, and for any other relief this Court deems appropriate.

Respectfully submitted,

By: *s/Molly E. Thompson*
Special Assistant Corporation Counsel

Terrence M. Burns
Daniel M. Noland
Molly E. Thompson
Burns Noland LLP
311 South Wacker Dr., Suite 5200
Chicago, IL 60606
*Attorneys for Defendant City of Chicago*

By: *s/ Misha Itchhaporia*
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Misha Itchhaporia
Amanda Guertler
Andrea Fabian-Checkai
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL 60302
*Attorneys for Defendant Officers*