IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 25CV8795 |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   All Attorneys of record

On October 15, 2025, at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blakey or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203 of the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Defendants' Joint Unopposed Motion for Extension of Time to File Responsive Pleading.

Name:             BORKAN & SCAHILL, LTD.
Attorney for:   Defendant, Guevara
Address:        20 South Clark, Suite 1700
City:                Chicago, IL 60603
Telephone:    (312) 580-1030
Atty No:          SBB (6193463)
                       TPS (6287296)

## PROOF OF SERVICE BY CM/ECF

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on October 7, 2025.

By: s/ Misha Itchhaporia
Misha Itchhaporia
Special Assistant Corporation Counsel