UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY HERRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 25-cv-08795 |
| | ) | |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| CITY OF CHICAGO, a municipality Corporation, MATTHEW BRANDON JAMES McKNIGHT; EDWARD WINSTEAD; DELORES MYLES; Special Representative To Be Determined for JAMES R. RILEY; Special Representative To be Determined for JEROME C. DOROBA; THOMAS F. KELLY, JAMES E. WARD; WILLIAM TOFFENETTI; COOK COUNTY; and CHICAGO HOUSING AUTHORITY | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**<u>DEFENDANT WILLIAM TOFFENETTI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING</u>**

NOW COMES, Defendant William Toffenetti ("Defendant Toffenetti") by his attorneys, Hinshaw & Culbertson LLP, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves unopposed for an extension of time up to and including November 5, 2025, to file his responsive pleading. In support of this motion, Defendant Toffenetti states as follows:

1. On July 28, 2025, Plaintiff submitted his Complaint to this Court. (Dkt. 1).

2. On August 01, 2025, Summons was issued as to Defendant Toffenetti, and on August 26, 2025, Summons returned executed as to Defendant Toffenetti. (Dkts. 12, 16).

3. On September 15 2025, this Court ordered all served Defendants shall respond to the Complaint by October 13, 2025. As a result, Defendant Toffenetti's responsive pleading is due on October 13, 2025. (Dkt. 26).

2. In early October 2025, Defendant Toffenetti's counsel petitioned for appointment as Special State's Attorneys to represent Defendant Toffenetti in this case. On October 3, 2025, and October 6, 2025, undersigned counsel filed their appearance on behalf of Defendant Toffenetti. (Dkts. 40, 41, 48).

3. Defendant Toffenetti requests an extension of time to file his responsive pleading. Plaintiff's complaint is fifty-nine pages and consists of 14 separate counts and 255 paragraphs (not including sub-paragraphs) and includes allegations of events that occurred over 30 years ago. *See* (Dkt. 1).

4. Plaintiff brings claims for coerced and false confession, violations of due process, unlawful detention, malicious prosecution, failure to intervene, and conspiracy to violate Plaintiff's constitutional and state law rights against Defendants.

5. Undersigned counsel seeks an extension of time up to and including November 5, 2025, to file a responsive pleading on behalf of Defendant Toffenetti. This proposed deadline is aligned with the extension of time sought by the Defendant Officers. (Dkt. 49).

6. This requested extension is not sought for purposes of delay but is needed to allow undersigned counsel to gather information and to investigate the allegations in Plaintiff's Complaint.

7. Undersigned counsel conferred with Plaintiff's counsel to request an extension, and Plaintiff's counsel does not oppose the request.

8. This motion is timely pursuant to Federal Rules of Civil Procedure 6(b)(1)(A).

9. This motion is not meant for unnecessary delay and will not prejudice any party to this action.

WHEREFORE, Defendant William Toffenetti respectfully requests this Honorable Court to grant his unopposed motion for extension of time, up to and including November 5, 2025, to file his responsive pleading to Plaintiff's Complaint and for such other relief as this Court deems appropriate and just.

                                  Respectfully Submitted,

By:    */s/ Calvin Edwards*
        *Counsel for Defendant William Toffenetti*

Robert Shannon
Anshuman Vaidya
Calvin Edwards
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2005
Chicago, Illinois 60606
rshannon@hinshawlaw.com
avaidya@hinshawlaw.com
cedwards@hinshawlaw.com

98430\326563413.v2

## CERTIFICATE OF SERVICE

I, Calvin Edwards, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all parties pursuant to ECF, in accordance with the rules of electronic filing of documents on October 8, 2025.

*/s/ Calvin Edwards*
Calvin Edwards

98430\326563413.v2