UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 25-cv-08795 |
| vs. ) | |
| ) | JUDGE JOHN R. BLAKEY |
| CITY OF CHICAGO, ET AL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CHICAGO HOUSING AUTHORITY'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Chicago Housing Authority, by and through its attorney, Sean M. Sullivan of Del Galdo Law Group, pursuant to Fed. R. Civ. P 6(b) and state as follows:

1. On July 28, 2025, Plaintiff submitted his Complaint to the Court. (Dkt.1.)

2. On August 1st, 2025, Summons was issued as to Defendant Chicago Housing Authority (Dkt. #12). he Summons was returned as executed by Plaintiff to Chicago Housing Authority on August 21, 2025 with an answer due date of September 11, 2025. (Dkt. 14).

3. Defendant Chicago Housing Authority was granted a thirty (30) day extension of time to Answer and/or plead extending its response date until October 13, 2025 pursuant to its unopposed motion (See Dkts. 24-26.

4. The Defendants Matthew Brandon, City Of Chicago, Thomas Kelly, James McKnight, Delores Myles, James Ward, Edward Winstead and Defendant William T Toffenetti have filed Unopposed Motions to Extend Time to Answer or otherwise plead seeking until November 5, 2025 to respond to Plaintiff's Complaint. (See Dkts.49, 51)

5. The Defendant Chicago Housing Authority is currently conducting an extensive search to locate the employee records of the individuals named in Plaintiff's Complaint who were alleged to have been employed by the CHA at the time of the occurrence (early 1990s) and would respectfully request additional time, up to November 5, 2025, to complete the personnel files records search and then Answer or otherwise plead to Plaintiff's Complaint.

1

6. Undersigned counsel is respectfully requesting an additional twenty three (23) days extension of time for the Defendant Chicago Housing Authority to review and investigate the allegations in the Complaint and to prepare an Answer and/or responsive pleading, from October 13, 2025 up to and including November 5, 2025.

7. This is the Chicago Housing Authority's second motion for extension of time to answer or otherwise plead.

8. Undersigned counsel spoke to lead Plaintiff's counsel Brian H. Eldridge on October 7, 2025 who indicated having no objection to the Chicago Housing Authority's request for an additional twenty-three (23) day extension of time to file its Answer and/or responsive pleading, up to November 5, 2025.

9. This Unopposed Motion is brought for good cause, and Plaintiff will not be prejudiced if Defendant's Motion is granted.

WHEREFORE, the Chicago Housing Authority respectfully requests that this Court grant it a twenty-three (23) day extension of time to answer and/or plead, up to and including November 5, 2025; and for any other relief this Court deems necessary and just.

Respectfully submitted,
CHICAGO HOUSING AUTHORITY

*/s/ Sean M. Sullivan*
Sean M. Sullivan

Sean M. Sullivan
Pete M. Quigley
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL  60402
(708) 22-7000
(708) 222-7001 Fax
sullivan@dlglawgroup.com
quigley@dlglawgroup.com

2