UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 25-cv-08795 |
| vs. ) | |
| ) | JUDGE JOHN R. BLAKEY |
| CITY OF CHICAGO, ET AL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: See service list.

PLEASE TAKE NOTICE that on October 15, 2025, I shall appear before the Honorable Judge John R. Blakey at the Dirksen Federal Building, 219 S. Dearborn Street, Room 1203, Chicago, Illinois at 11:00 a.m. or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANT CHICAGO HOUSING AUTHORITY'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,
CHICAGO HOUSING AUTHORITY

*/s/ Sean M. Sullivan*
Sean M. Sullivan

Sean M. Sullivan
Pete M. Quigley
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 22-7000
(708) 222-7001 Fax
sullivan@dlglawgroup.com
quigley@dlglawgroup.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing Notice and Motion referenced therein to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record, on this 8th day of October 2025.

                                                */s/ Sean M. Sullivan*
                                                Sean M. Sullivan

## SERVICE LIST

| | |
|---|---|
| Brian H. Eldridge<br>Carter D. Grant<br>John S. Marrese<br>Paige L. Smith<br>Patrick J. Driscoll<br>Hart McLaughlin & Eldridge<br>1 S. Dearborn<br>Ste 1400<br>Chicago, IL 60603<br>(312) 955-0545<br>beldridge@hmelegal.com<br>cgrant@hmelegal.com<br>JMarrese@hmelegal.com<br>psmith@hmelegal.com<br>*Attorneys for Plaintiff* | Terrence M. Burns<br>Daniel M. Noland<br>Molly E. Thompson<br>Burns Noland LLP<br>311 S Wacker Drive<br>Ste 5200<br>Chicago, IL 60606<br>(312) 878-1296<br>(312) 982-0090<br>(312) 878-1298<br>tburns@burnsnoland.com<br>dnoland@burnsnoland.com<br>mthompson@burnsnoland.com<br>*Attorneys for City of Chicago* |
| Patrick J. Driscoll<br>Romanucci & Blandin, LLC<br>321 N Clark Street<br>Ste 900<br>Chicago, IL 60654<br>(312) 458-1000<br> pdriscoll@rblaw.net<br>*Attorney for Plaintiff* | Joseph A. Hodal<br>Kelli Huntsman<br>Cook County State's Attorney's Office<br>50 West Washington St, 5th Floor<br>Chicago, IL 60602<br>(312) 603-5440<br>joseph.hodal@cookcountyil.gov<br>kelli.huntsman@cookcountysao.org<br>*Attorneys for Defendant Cook County* |

Steven B. Borkan
Misha Itchhaporia
Graham P. Miller
Andrewa F. Checkal
Borkan & Scahill, Ltd.
20 South Clerk Street
Suite 1700
Chicago, IL  60603
(312) 580-1030
tscahill@borkanscahill.com
mitchhaporia@borkanscahill.com
gmiller@borkanscahill.com
achedcka@borkanscahill.com
*Attorneys for Defendants Thomas Kelly, Matthew Brandon, James McNight & Delores Myle*s