## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| JERRY HERRINGTON, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No: | 25-cv-08795 |
| | ) | | |
| v. | ) | | |
| | ) | Judge John Robert Blakey | |
| CITY OF CHICAGO, a municipality | ) | | |
| Corporation, MATTHEW BRANDON | ) | | |
| JAMES McKNIGHT; EDWARD | ) | | |
| WINSTEAD; DELORES MYLES; Special | ) | | |
| Representative To Be Determined for | ) | | |
| JAMES R. RILEY; Special Representative | ) | | |
| To be Determined for JEROME C. | ) | | |
| DOROBA; THOMAS F. KELLY, JAMES | ) | | |
| E. WARD; WILLIAM TOFFENETTI; | ) | | |
| COOK COUNTY; and CHICAGO | ) | | |
| HOUSING AUTHORITY | ) | | |
| | ) | | |
| Defendants. | ) | | |

### NOTICE OF MOTION

TO:     Counsel of Record

**PLEASE TAKE NOTICE** that on Wednesday**, October 15, 2025, at 11:00 a.m.** the undersigned counsel shall appear before Judge John Robert Blakey in the courtroom usually occupied by him in room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, and present **Defendant Toffenetti's Unopposed Motion for Extension of Time to File Responsive Pleading.**

Respectfully Submitted,

By:     */s/ Calvin Edwards*
        *Counsel for Defendant William Toffenetti*

Robert Shannon
Anshuman Vaidya
Calvin Edwards
Hinshaw & Culbertson LLP
151 North Franklin St., Suite 2005
Chicago, Illinois 60606
rshannon@hinshawlaw.com

1

avaidya@hinshawlaw.com
wbazarek@hinshawlaw.com
cedwards@hinshawlaw.com

98430\326572385.v1

## CERTIFICATE OF SERVICE

I, Calvin Edwards, hereby certify that I have caused true and correct copies of the above and foregoing to be served on all parties pursuant to ECF, in accordance with the rules of electronic filing of documents on October 8, 2025.

*/s/ Calvin Edwards*
Calvin Edwards

98430\326572385.v1