UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> CITY OF CHICAGO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No: 25-CV-8795 <br><br> Judge John Robert Blakey |

**DEFENDANT COOK COUNTY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant, Cook County, through its attorney, EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her assistant state's attorney, Kelli Huntsman, pursuant to Fed. R. Civ. P 6(b) and states as follows:

1. On July 28, 2025, Plaintiff submitted his Complaint to the Court. (Dkt. #1.)

2. On August 26, 2025, a waiver of service was executed on behalf of Defendant Cook County, with its answer or response to Plaintiff's complaint due September 11, 2025. (Dkt. #15.)

3. On September 5, 2025, Defendant Cook County filed its first motion for extension of time to answer or otherwise plead, requesting until October 11, 2025. (Dkt. #18.)

4. Other Defendants in the case also filed for extensions, and this Court granted the motions and gave all defendants until October 13, 2025, to answer or otherwise plead. (Dkt. #26).

5. Undersigned counsel is respectfully requesting additional time for Cook County to prepare a responsive pleading to Plaintiff's allegations in Plaintiff's Complaint (Dkt. #1), up to and including November 5, 2025. This date aligns with the recent requests made by the other defendants in the case. (Dkt. #51, #52.)

6.       This is Cook County's second motion for extension of time to answer or otherwise plead.

7.       Undersigned counsel reached out to Plaintiff via email, and Plaintiff responded it does not have an objection to this request.

8.       This Motion is brought for good cause and Plaintiff will not be prejudiced if Defendant Cook County's motion is granted.

WHEREFORE, Defendant Cook County respectfully requests that this Court grant the following relief:

a.       Extending the date for Cook County to file its answer or responsive pleading to Plaintiff's Complaint (Dkt. #1.), up to and including November 5, 2025; and

b.       Any other relief this Court deems necessary and just.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:    */s/ Kelli Huntsman*

Kelli Huntsman
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
Kelli.huntsman@countysao.org
(312) 603-7379

Case: 1:25-cv-08795 Document #: 55 Filed: 10/08/25 Page 3 of 3 PageID #:168

### CERTIFICATE OF SERVICE

    I, Kelli Huntsman, Assistant State's Attorney, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system on October 8, 2025.

                                                                                   */s/ Kelli Huntsman*
                                                                                    Kelli Huntsman
                                                                                    Assistant State's Attorney