IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jerry Herrington** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 25-cv-08795 |
| vs. ) | |
| ) | Hon. John Robert Blakey |
| ) | |
| **City of Chicago, et al.,** ) | |
| **Defendants.** ) | |

## NOTICE OF MOTION

To: Parties and Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, October 15, 2025**, at **11:00 am**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable John Robert Blakey,** Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, **in Courtroom 1203**, and shall then and there present **Defendant Cook County's Second Unopposed Motion for Extension of Time to Answer or Otherwise Plead** a copy of which is contemporaneously served upon you.

Respectfully submitted,

EILEEN O'NEILL BURKE

State's Attorney of Cook County


By: /s/ Kelli Huntsman
Attorney for Cook County


Kelli Huntsman

Assistant State's Attorney
500 Richard J. Daley Center, 5th Floor
Chicago, IL 60602
(312) 603-7379
Kelli.huntsman@cookcountysao.org

## **CERTIFICATE OF SERVICE**

I, Kelli Huntsman, Assistant State's Attorney, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system on October 8, 2025.

*/s/ Kelli Huntsman*
Kelli Huntsman
Assistant State's Attorney

2