# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jerry Herrington

                Plaintiff,

v.                                          Case No.: 1:25−cv−08795

                                                         Honorable John Robert Blakey

City Of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' unopposed motions to extend time [49], [51], [52], [55] and strikes the 10/15/25 Notice of Motion date; all served Defendants shall respond to the complaint by 11/5/25 and the parties shall file their initial status report by 11/12/25. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.