UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 25-cv-08795 ) ) JUDGE JOHN R. BLAKEY |
| CITY OF CHICAGO, ET AL, | ) ) |
| Defendants. | ) |

**DEFENDANT CHICAGO HOUSING AUTHORITY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Chicago Housing Authority ("CHA"), by and through its attorney, Sean M. Sullivan of Del Galdo Law Group, pursuant to Fed. R. Civ. P 6(b) and state as follows:

1. On October 10, 2025, the Court granted the CHA's motion to extend time to respond to Plaintiff's Complaint setting November 5, 2025 as the deadline to answer and/or otherwise plead (Dkt.57).

2. The Director of the CHA's Human Resources Department has conducted a diligent search over the past several weeks in order to confirm that neither named individual Defendants Mathew Brandon nor James McKnight were employees of the CHA during the relevant time period related to the occurrence as set forth in Plaintiff's Complaint.

3. Defense counsel has communicated the results of the CHA's employee records search to Plaintiff's counsel who has indicated that upon receipt of a sworn Declaration sufficiently verifying same, Plaintiff will dismiss his Complaint against the CHA *without prejudice*.

4. Defense counsel for the CHA expects to obtain the subject sworn Declaration from the CHA's Director of the Human Resources this week and therefore respectfully request an

additional extension of time to Answer and/or plead. The subject Answer and/or responsive pleading should not be necessary in this matter upon service of the aforementioned sworn Declaration to the Plaintiff's counsel, thereby obviating the further expenditure of legal fees associated with drafting and filing a responsive pleading.

5. Undersigned defense counsel is respectfully requesting additional thirty (30) days extension of time for the Defendant Chicago Housing Authority to file its Answer and/or responsive pleading, from November 5, 2025 up to and including December 5, 2025.

Defense counsel is certain that he will have the final executed sworn Declaration from the CHAs Human Resources Department executed and communicated to Plaintiff's counsel within that time period.

6. Undersigned counsel spoke to lead Plaintiff's counsel Brian H. Eldridge on November 4, 2025 who indicated having no objection to the Chicago Housing Authority's request for a thirty (30) day extension of time to file its Answer and/or responsive pleading, up to December 5, 2025.

7. This Unopposed Motion is brought for good cause, and Plaintiff will not be prejudiced if Defendant's Motion is granted.

    WHEREFORE, the Chicago Housing Authority respectfully requests that this Court grant it a thirty (30) day extension of time to answer and/or plead, up to and including December 5, 2025; and for any other relief this Court deems necessary and just.

                                                Respectfully submitted,
                                                CHICAGO HOUSING AUTHORITY

                                                */s/ Sean M. Sullivan*
                                                Sean M. Sullivan

Sean M. Sullivan
Pete M. Quigley
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL  60402
(708) 22-7000
(708) 222-7001 Fax
sullivan@dlglawgroup.com
quigley@dlglawgroup.com