UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY HERRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 25-cv-08795 |
| vs. | ) | |
| | ) | JUDGE JOHN R. BLAKEY |
| CITY OF CHICAGO, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: See service list

PLEASE TAKE NOTICE that on November 12, 2025, I shall appear before the Honorable Judge John R. Blakey at the Dirksen Federal Building, 219 S. Dearborn Street, Room 1203, Chicago, Illinois at 11:00 a.m. or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANT CHICAGO HOUSING AUTHORITY'S** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and served upon you herewith.

Respectfully submitted,
CHICAGO HOUSING AUTHORITY

*/s/ Sean M. Sullivan*
Sean M. Sullivan

Sean M. Sullivan
Pete M. Quigley
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 22-7000
(708) 222-7001 Fax
sullivan@dlglawgroup.com
quigley@dlglawgroup.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice and Motion referenced therein to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record, on this 4th day of day of November, 2025.

/s/ *Sean M. Sullivan*
Sean M. Sullivan

## SERVICE LIST

Brian H. Eldridge
Carter D. Grant
John S. Marrese
Paige L. Smith
Patrick J. Driscoll
Hart McLaughlin & Eldridge
1 S. Dearborn
Ste 1400
Chicago, IL 60603
312-955-0545
beldridge@hmelegal.com
cgrant@hmelegal.com
JMarrese@hmelegal.com
psmith@hmelegal.com
*Attorneys for Plaintiff*

Patrick J. Driscoll
Romanucci & Blandin, Llc
321 N Clark Street
Ste 900
Chicago, IL 60654
(312) 458-1000
 pdriscoll@rblaw.net
*Attorney for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Molly E. Thompson
Burns Noland LLP
311 S Wacker Drive
Ste 5200
Chicago, IL 60606
312-878-1296
312-982-0090
312-878-1298
tburns@burnsnoland.com
dnoland@burnsnoland.com
mthompson@burnsnoland.com
*Attorneys for City of Chicago*

Joseph A. Hodal
Cook County State's Attorney's Office
50 West Washington St, 5th Floor
Chicago, IL 60602
(312) 603-5440
joseph.hodal@cookcountyil.gov
*Attorney for Defendant Cook County*