# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jerry Herrington

                Plaintiff,

v.                                     Case No.: 1:25−cv−08795
                                                Honorable John Robert Blakey

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 10, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's unopposed motion to extend time [59] and strikes the 11/12/25 Notice of Motion date. Defendant shall respond to the complaint by 12/5/25, and the parties shall file their initial status report by 12/12/25. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.