# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:25-cv-08795 |
| ) | |
| v. ) | |
| ) | Hon. Judge John R. Blakey |
| CITY OF CHICAGO, a municipal ) | |
| corporation, MATTHEW BRANDON; ) | |
| JAMES McKNIGHT; EDWARD ) | |
| WINSTEAD; DELORES MYLES; ) | |
| Special Representative To Be ) | |
| Determined for JAMES R. RILEY; ) | |
| Special Representative To Be ) | |
| Determined for JEROME C. DOROBA; ) | |
| THOMAS F. KELLY; JAMES E. ) | |
| WARD; WILLIAM TOFFENETTI; ) | |
| COOK COUNTY; and CHICAGO ) | |
| HOUSING AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHICAGO HOUSING AUTHORITY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jerry Herrington, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Chicago Housing Authority. Defendant Chicago Housing Authority has neither answered nor moved for summary judgment.

Date: November 20, 2025

/s/ *Brian Eldridge*

Brian Eldridge
Carter Grant
John Marrese
Paige Smith

1

2

        **HART MCLAUGHLIN & ELDRIDGE, LLC**
One South Dearborn, Suite 1400
Chicago, Illinois 60603
P. (312) 955-0545
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

Antonio M. Romanucci
Joshua Levin
Patrick Driscoll
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
jlevin@rblaw.net
pdriscoll@rblaw.net

*Attorneys for Plaintiff*