# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JERRY HERRINGTON, | ) |
| Plaintiff, | ) Case No. 1:25-cv-08795 |
| v. | ) |
| | ) Hon. John Robert Blakey |
| | ) Magistrate Gabriel A. Fuentes |
| CITY OF CHICAGO, a municipal corporation, MATTHEW BRANDON, Star No. 17698; JAMES McKNIGHT, Star No. 13026; EDWARD WINSTEAD, Star No. 20119; DELORES MYLES, Star No. 20242; Special Representative To Be Determined for JAMES R. RILEY, Star No. 20250, Deceased; Special Representative To Be Determined for JEROME C. DOROBA, Star No. 20209; THOMAS F. KELLY, Star No. 14082; JAMES E. WARD, Star No. 15808; WILLIAM TOFFENETTI, and COOK COUNTY, | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:     Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, December 3, 2025** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John Robert Blakey,** in Room **1203** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Unopposed Motion for Entry of HIPAA and Mental Health Protective Order.**

Dated: November 21, 2025                          Respectfully submitted,


                                                  s/ *Molly E. Thompson*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Molly E. Thompson
Burns Noland LLP
311 South Wacker Dr., Suite 5200

Chicago, IL 60606
(312) 982-0090 (telephone)
(312) 429-0644 (facsimile)

*Attorneys for Defendant City of Chicago*

**CERTIFICATE OF SERVICE**

    I hereby certify that on **November 21, 2025**, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

s/ <em>Molly E. Thompson</em>