# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jerry Herrington

               Plaintiff,

v.                                                    Case No.: 1:25−cv−08795

                                                        Honorable John Robert Blakey

City of Chicago, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 1, 2025:

     MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's motion for entry of an Agreed HIPAA and Mental Health Protective Order [66] and strikes the 12/3/25 Notice of Motion date. Enter Order. The Court also grants Plaintiff's unopposed motion to appoint a special representative [68] and hereby appoints Attorney Geri Lynn Yanow as Special Representative of the Estate of James R. Riley, deceased, and the Estate of Jerome C. Doroba, deceased, for purposes of defending this case. The Court grants Ms. Yanow leave to file an appearance on behalf of these Defendants. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.