**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Jerry Herrington

                Plaintiff,

v.                                      Case No.: 1:25−cv−08795

                                      Honorable John Robert Blakey

City of Chicago, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' 12/9/25 status report [78], the Court sets case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures by 12/17/2025, issue written discovery by 12/31/2025, amend their pleadings (to add claims, parties, etc.) by 3/6/2026, complete fact discovery by 9/30/2026, the parties shall also file a joint status report by 10/14/2026, proposing a Monell fact discovery schedule, expert discovery schedule, dispositive motion deadline, and a tentative trial date. If at any time the parties agree that a settlement conference makes sense, they should call chambers to so advise. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.