**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY HERRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08795 |
| | ) | |
| v. | ) | Hon. Judge Blakey |
| | ) | |
| CITY OF CHICAGO, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

**PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

---

Plaintiff, JERRY HERRINGTON, pursuant to Local Rule 83.17, respectfully moves this Court for entry of an order granting leave to Mario A. Casciaro of Casciaro Law Inc. to substitute in as attorney of record for Plaintiff, and allowing Brian Eldridge, Carter Grant, John Marrese, and Paige Smith of Hart McLaughlin & Eldridge, LLC, and Patrick Driscoll and Stephen Weil of Romanucci & Blandin, LLC, leave to withdraw as counsel for Plaintiff, thereby terminating their apperances in and notifications of this case.

Attached as Exhibit A is a substitution of counsel consent form, wherein Plaintiff and all counsel consent to the substitution.

Contact information for substituting counsel is as follows:

Mario A. Casciaro
Casciaro Law Inc.
1349 W. Huron Street, Suite 2R
Chicago, Illinois 60642
(312) 324-4699
mario@casciarolaw.com

Dated: August 21, 2026

Respectfully submitted,

*/s/ Brian Eldridge*
Brian Eldridge
Carter Grant
John Marrese
Paige Smith
HART MCLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, Illinois 60603
P: (312) 955-0545
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

/s/ *Stephen Weil*
Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P: (312) 458-1000
sweil@rblaw.net

*/s/ Mario Casciaro*
Mario A. Casciaro
CASCIARO LAW INC.
1349 W. Huron Street, Suite 2R
Chicago, Illinois 60642
(312) 324-4699
mario@casciarolaw.com

# EXHIBIT A

dotloop signature verification: dtlp.us/yWVQ-RaAJ-yC6B


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY HERRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08795 |
| | ) | |
| v. | ) | Hon. Judge Blakey |
| | ) | |
| CITY OF CHICAGO, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## CONSENT TO SUBSTITUE COUNSEL

Subject to Court approval, Mario A. Casciaro of Casciaro Law will substitute in as counsel of record for Plaintiff, Jerry Herrington.

Subject to Court approval, Brian Eldridge, Carter Grant, John Marrese, and Paige Smith of Hart McLaughlin & Eldridge, LLC, and Patrick Driscoll and Stephen Weil of Romanucci & Blandin, LLC, will withdraw as counsel of record for Plaintiff, Jerry Herrington.

By their respective signatures below, all counsel and Jerry Herrington hereby consent to this substitution and withdrawal of counsel.

*/s/ Brian Eldridge*
Brian Eldridge
Carter Grant
John Marrese
Paige Smith
HART MCLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, Illinois 60603
P: (312) 955-0545
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

Mario Casciaro
dotloop verified
08/20/26 12:01 PM CDT
VAX7-T9QX-IYTO-HHYU

Mario A. Casciaro
CASCIARO LAW INC.
1349 W. Huron Street, Suite 2R
Chicago, Illinois 60642
(312) 324-4699
mario@casciarolaw.com

Jerry Herrington
dotloop verified
08/20/26 10:09 AM CDT
IRFJ-1XWV-WMOW-IEAN

Jerry Herrington

dotloop signature verification: dtlp.us/yWVQ-RaAJ-yC6B


/s/ *Stephen Weil*

Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P: (312) 458-1000
sweil@rblaw.net