**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY HERRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-08795 |
| | ) | |
| v. | ) | Hon. Judge Blakey |
| | ) | |
| CITY OF CHICAGO, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# NOTICE OF MOTION

On August 26, 2026 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blakey at the United States District Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1203, Chicago, Illinois 60604, and shall then and there present the attached Plaintiff's Motion to Substitute Counsel.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Brian Eldridge*

Brian Eldridge
Carter Grant
John Marres
Paige Smith
HART MCLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, Illinois 60603
P: (312) 955-0545
beldridge@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

*/s/ Stephen Weil*

Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P: (312) 458-1000
sweil@rblaw.net