**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerry Herrington
Plaintiff,
v.
City of Chicago, et al.
Defendant.

Case No.: 1:25−cv−08795
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties joint motion to extend fact discovery [108], strikes the 9/16/26 Notice of Motion date, and hereby extends fact discovery to 5/28/27. This is an extremely generous extension, and the Court will not grant further extensions absent a proper showing. The parties shall file a joint status report by 6/11/27, proposing a Monell fact discovery schedule, expert discovery schedule, dispositive motion deadline, and a tentative trial date. If at any time the parties agree that a settlement conference makes sense, they should call chambers to so advise. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.