IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERRY HERRINGTON,

Plaintiff,

v.

CITY OF CHICAGO, a municipal corporation, MATTHEW BRANDON; JAMES McKNIGHT; EDWARD WINSTEAD; DELORES MYLES; ATTORNEY GERI LYNN YANOW as Special Representative of the ESTATES OF JAMES R. RILEY and JEROME C. DOROBA; THOMAS F. KELLY; JAMES E. WARD; WILLIAM TOFFENETTI; COOK COUNTY; and CHICAGO HOUSING AUTHORITY,

Defendants.

Case No. 1:25-cv-08795

Judge Robert Blakey

**NOTICE OF MOTION**

Please take notice, that on November 4, 2026, at 11:00 a.m., I shall appear in front of the Honorable Judge Robert Blakey in Courtroom 1203 of the Everett McKinley Dirksen Building and present Defendant Toffenetti's Motion to Enforce Subpoena to the Illinois Department of Corrections Intelligence Center.

Date: October 27, 2026

Respectfully submitted,

By: *s/ Brian J. Stefanich*

Robert Shannon
Anshuman Vaidya
Calvin R. Edwards
William Bazarek
Brian J. Stefanich
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606

*Attorneys for Defendant Toffenetti*