**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jerry Herrington
Plaintiff,
v.
City of Chicago, et al.
Defendant.

Case No.: 1:25−cv−08795
Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants non−party Dion Warr's motion to intervene for the limited purpose of pursuing a motion to quash the subpoena served upon the Illinois Department of Corrections, [121], and takes under advisement the motion to quash, [121]. Defendants shall respond to the motion to quash by 11/30/26, and Warr may file any reply by 12/7/26. The 11/18/26 Notice of Motion date is stricken. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.